# United States District Court
# For The Western District of North Carolina
# Statesville Division

CARRIE B. TROWBRIDGE,

    Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   CASE NO. 5:08CV38

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 21, 2008, Order.

Signed: November 21, 2008

_____
Frank G. Johns, Clerk
United States District Court